Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq (SBN: 225886)
kevin@westcoastlitigation.com
**HYDE AND SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jacob Tiffany, Erik Knutson, and Peter Gray, Individually and on behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Roar Construction, Inc. and Acropolis Capital, LLC,**<br><br>**Defendants.** | Case No.: 3:17-CV-00593-JM-BGS<br><br><u>CLASS ACTION</u><br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that this case has been settled. The Plaintiffs anticipate filing a Request for Dismissal of this action with prejudice as to the named Plaintiffs and without prejudice as to putative class within 30 days. Plaintiffs request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after September 17, 2017 for filing a Request for Dismissal.

Respectfully submitted,

Date: August 17, 2017                              HYDE & SWIGART

                                               By:  s/Kevin Lemieux, Esq.
                                                    Kevin Lemieux
                                                    HYDE AND SWIGART, APC
                                                    *Attorneys for Plaintiff*

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq.  (SBN: 25283)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523