Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq (SBN:  225886)
kevin@westcoastlitigation.com
**HYDE AND SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jacob Tiffany, Erik Knutson, and Peter Gray, Individually and on behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Roar Construction, Inc. and Acropolis Capital, LLC,**<br><br>**Defendants.** | Case No.: 3:17-CV-00593-JM-BGS<br><br><u>CLASS ACTION</u><br><br>**JOINT NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled.  The Plaintiffs and Defendants anticipate filing a Joint Request for Dismissal of this action with prejudice as to the named Plaintiffs and without prejudice as to putative class within 30 days. Plaintiffs and Defendants request that all pending dates and filing

requirements be vacated and that the Court set a deadline on or after September 18, 2017 for filing a Joint Request for Dismissal.

**Respectfully submitted,**

Date: August 18, 2017   **HYDE & SWIGART, APC**

By: s/Kevin Lemieux, Esq.
Kevin Lemieux
HYDE AND SWIGART, APC
*Attorneys for Plaintiffs*

Date: August 18, 2017   **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: s/Natalie Prescott, Esq.
Natalie Prescott
MINTZ LEVIN, P.C.
*Attorneys for Defendants*

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: August 18, 2017   **HYDE & SWIGART**

By: s/Kevin Lemieux, Esq.
Kevin Lemieux
HYDE AND SWIGART, APC
*Attorneys for Plaintiff*

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq.  (SBN: 25283)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523