UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacob Tiffany, Individually and on behalf of All Others Similarly Situated; Erik Knutson, Individually and on behalf of All Others Similarly Situated; and Peter Gray, Individually and on behalf of All Others Similarly Situated,<br><br>                                   Plaintiffs,<br><br>v.<br><br>Roar Construction, Inc. and Acropolis Capital, LLC,<br><br>                                   Defendants. | Case No.:  17-cv-00593-JM-BGS<br><br>**ORDER:**<br><br>(1) **VACATING SEPTEMBER 1, 2017 EARLY NEUTRAL EVALUATION CONFERENCE AND ALL ASSOCIATED DEADLINES; AND**<br><br>(2) **SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On August 18, 2017, Counsel for all parties filed a Joint Notice of Settlement (ECF No. 15) in which they represented that the case has settled and request 30 days to file a Joint Motion to Dismiss.  Accordingly, **IT IS HEREBY ORDERED**:

1. The Early Neutral Evaluation Conference scheduled for September 1, 2017, and all associated dates and deadlines as set forth in the Court's Order Setting the Early Neutral Evaluation (ECF No. 12), is **HEREBY VACATED**.

2.  A Joint Motion for Dismissal must be electronically filed on or before **September 18, 2017**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Jeffrey T. Miller, must be emailed to Judge Miller's chambers.[2]

3.  If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **September 18, 2017**, then a Settlement Disposition Conference will be held on **September 21, 2017**, at **10:00 AM** before Judge Skomal.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiffs shall initiate and coordinate the conference call.

4.  If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **September 18, 2017**, the Settlement Disposition Conference will be vacated.

**IT IS SO ORDERED.**

Dated:  August 18, 2017

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.