Joshua Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Kevin Lemieux, Esq (SBN: 225886)
kevin@westcoastlitigation.com
**HYDE AND SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

[Other Attorneys of Record Listed on Signature Page]

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacob Tiffany, Erik Knutson, and Peter Gray, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Roar Construction, Inc. and Acropolis Capital, LLC,<br><br>Defendants. | Case No.: 3:17-CV-00593-JM-BGS<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. JEFFREY T. MILLER** |

PlaintiffS Jacob Tiffany, Erik Knutson and Peter Gray (referred to as "Plaintiffs") hereby move to dismiss the above entitled action with prejudice as to the named Plaintiffs and without prejudice as to the Putative Class pursuant to Federal Rule of Civil Procedure 41(a).

This Court can proceed to dismiss this action with prejudice as to the named

Plaintiffs and without prejudice as to the Putative Class, and the Court retains jurisdiction to enforce the terms of the settlement.

**Respectfully submitted,**

Date: August 25, 2017                                    **HYDE & SWIGART, APC**

                                                        By: s/Kevin Lemieux, Esq.
                                                            Kevin Lemieux
                                                            HYDE AND SWIGART, APC
                                                            *Attorneys for Plaintiffs*

Date: August 25, 2017                                    **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

                                                        By: s/Natalie Prescott, Esq.
                                                            Natalie Prescott
                                                            MINTZ LEVIN, P.C.
                                                            *Attorneys for Defendants*

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: August 25, 2017                                    **HYDE & SWIGART**

                                                        By: s/Kevin Lemieux, Esq.
                                                            Kevin Lemieux
                                                            HYDE AND SWIGART, APC
                                                            *Attorneys for Plaintiff*

**Other Attorneys of Record, besides caption page:**

Abbas Kazerounian, Esq.  (SBN: 25283)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523